Opinion issued October 31, 2002












In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00467-CV

____________


KENNETH W. SMITH, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the Probate Court No. 3

Harris County, Texas

Trial Court Cause No. 98,719






O P I N I O N

 This is an appeal from a judgment signed April 16, 2002. The record was due
June 17, 2002. The clerk's record has been filed, but appellant has not paid for the
reporter's record. On September 19, 2002, we ordered that the appeal would be
considered and decided on those issues not requiring a reporter's record for a
decision. We ordered appellant's brief to be filed by October 19, 2002. The time for
its filing has expired and appellant has not filed his brief.

 We dismiss appellant's appeal for want of prosecution. 

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Radack.

Do not publish. Tex. R. App. P. 47.